**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN** | * |
| **WASHINGTON, D.C.,  JAN 26, 2025** | |
| | * |
| | |
| **ASHLEIGH STOVALL, as Personal** | *          **Civil Action No. 1:25-cv-04490-ACR** |
| **Representative of the Estate of MICHAEL** | |
| **STOVALL, deceased, on behalf of the** | * |
| **Estate of all Wrongful Death Beneficiaries** | |
| | * |
| **Plaintiff** | |
| | * |
| **v.** | |
| | * |
| **AMERICAN AIRLINES, INC., et al.** | |
| | * |
| **Defendants** | |
| | * |

*       *       *       *       *       *       *

**PROPOSED ORDER**

Upon consideration of the Motion to Quash and Motion for Protective Order filed by Licensed Clinical Social Worker Ethel D. Sayles, and any opposition thereto, it is this_____ day of _____, 2026 hereby,

ORDERED that the American Airlines subpoena issued to Licensed Clinical Social Worker Ethel D. Sayles is Quashed on the grounds of the patient-therapist privilege from disclosure in the absence of a HIPAA Release for such records executed by Ashleigh Stovall or a Court Order requiring Ethel D. Sayles to produce records related to the mental health therapy treatment provided by Ethel D. Sayles to Ashleigh Stovall from 2023 through October of 2024.

_____          _____
Date                                                Judge