**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**<br><br>*This Filing Relates to:*<br><br>**ASHLEIGH STOVALL**, as Personal Representative of the Estate of **MICHAEL STOVALL**, deceased, on behalf of the Estate of all Wrongful Death Beneficiaries,<br><br>Case No. 1:25-cv-04490-ACR | Lead Case No: 1:25-cv-03382-ACR |

## JOINT STATUS REPORT

Pursuant to this Court's April 26, 2026 Minute Order, counsel for Plaintiff Ashleigh Stovall, Defendants American Airlines, Inc. and PSA Airlines, Inc. (the "Airline Defendants"), the U.S. Department of Justice, and non-party Ethel D. Sayles submit this Joint Status Report concerning the pending Motion to Quash Subpoena for Mental Health Treatment Records filed by non-party Ethel D. Sayles on April 24, 2026 (ECF No. 6) (the "Motion to Quash").

As directed by the Court, counsel met and conferred on April 29, 2026, at 2:30 p.m. EST, via Zoom, to discuss the pending Motion to Quash.  Participating in the conference were the following attorneys: Joshua Levenson and Kayla Joyce on behalf of the Airline Defendants; Gavin Hallisey on behalf of the Department of Justice; Jeanne O'Grady and Kailyn Vidasolo on behalf of Plaintiff Ashleigh Stovall, and William Parler on behalf of non-party Ethel D. Sayles.  Since that conferral, counsel for Ms. Sayles has withdrawn her Motion to Quash (ECF No. 7) and produced records in response to the subpoena.

Dated: May 7, 2026

1

Respectfully submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| SPEISER KRAUSE, P.C. | HOLLAND & KNIGHT LLP |

By:  */s/ Jeanne M. O'Grady*  
    Jeanne M. O'Grady  
    (Bar ID: NY0673)  
    800 Westchester Avenue, Suite S-608  
    Rye Brook, NY 10573  
    (914) 220-5333  
    jog@speiserkrause.com

*Attorneys for Plaintiff Ashleigh Stovall*

By:  */s/ Joshua R. Levenson*  
    Joshua R. Levenson  
    (Bar ID: FL00161)  
    515 East Las Olas Blvd., Suite 1200  
    Fort Lauderdale, FL 20006  
    Tel. (202) 955-3000  
    joshua.levenson@hklaw.com

*Attorney for Defendants American Airlines, Inc., and PSA Airlines, Inc.*

| **NON-PARTY** | U.S. DEPARTMENT OF JUSTICE |
|---|---|

By:  */s/ William Carlos Parler, Jr.*  
    William Carlos Parler, Jr.  
    (Bar ID: 389967)  
    THE LAW OFFICES OF  
    WILLIAM C. PARLER, JR., LLC  
    311 Gailridge Road  
    Timonium, Maryland 21093  
    (410) 832-1885  
    w.parler@parlerlaw.com

*Attorney for Non-Party Ethel D. Sayles*

By:  */s/ Gavin J. Hallisey*  
    Gavin J. Hallisey  
    (Bar ID: 90029052)  
    Civil Division, Torts Branch  
    Aviation, Space & Admiralty  
    P.O. Box 14271  
    Washington, DC 20044-1471  
    Tel: (202) 616-4025  
    Email: gavin.hallisey@usdoj.gov

*Attorney for Defendant United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

By:  */s/ Joshua R. Levenson*  
    Joshua R. Levenson  
    (Bar ID: FL00161)

2